MARY N. McKEE, Respondent, *v.* RALPH H. McKEE, Appellant.

Submitted April 3, 1944; decided October 5, 1944.

*Julius Bregman* for motion.
*Theodore Studwell* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.